## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 20, 2024

Mr. Anderson Heston
U.S. Department of Justice
Civil Tax Division
Tenth & Pennsylvania Avenue, N.W.
Washington, DC 20530-0000

Ms. Juliana D. Hunter
Skadden, Arps, Slate, Meagher & Flom
1000 Louisiana Street
Suite 6800
713-655-5119
Houston, TX 77002

Re: Case No. 24-3732, *USA v. Eaton Corporation*
Originating Case No. 1:23-mc-00037

Dear Counsel:

This appeal has been docketed as case number **24-3732** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **September 3, 2024**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Petitioner: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Respondent: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager
Direct Dial No. 513-564-7034


Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-3732

UNITED STATES OF AMERICA

        Petitioner - Appellee

v.

EATON CORPORATION

        Respondent - Appellant