No. 24-3732

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  | FILED |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Apr 01, 2025 |
|  | ) | KELLY L. STEPHENS, Clerk |
| Petitioner-Appellee, | ) |  |
|  | ) |  |
| v. | ) | O R D E R |
|  | ) |  |
| EATON CORPORATION, | ) |  |
|  | ) |  |
| Respondent-Appellant. | ) |  |

Before: SUTTON, Chief Judge; McKEAGUE and MATHIS, Circuit Judges.*

Respondent Eaton Corporation appeals the district court's judgment directing Eaton to comply with an Internal Revenue Service summons seeking production of performance evaluations in this tax audit focused on transfer pricing rules. Eaton moves us to do the following:

1. Vacate the district court's enforcement order;

2. Retain jurisdiction over the appeal; and

3. Remand to the district court, with instructions to:

   a. conduct an in camera review to assess the performance evaluations for relevance and redact any non-relevant information protected by the GDPR;

   b. permit Eaton to pre-redact what the GDPR identifies as "special categories of personal data" before the evaluations are submitted for in camera review;

   c. permit the parties to brief whether the IRS is entitled to the evaluations, whether and how the GDPR applies, and any facts necessary to understand transfer pricing and comity; and

   d. permit Eaton to preview any redactions and to object or appeal before the evaluations are disclosed to the IRS.

---

* Judge Mathis would deny Eaton Corporation's motion to vacate and remand.  Therefore, he dissents in part.

No. 24-3732
-2-

Having considered the parties' arguments, we will grant Eaton's motion in part. We believe a limited remand for in-camera review of the performance evaluations would assist the district court's comity analysis. We will retain jurisdiction over the appeal and remand for that purpose and to allow the district court to amend its enforcement order if it wishes. Any amendment will not affect our order staying enforcement until after final judgment.

Otherwise, Eaton's motion is denied. The district court's standing protective order sufficiently addresses Eaton's desire for pre-review redactions. We commend Eaton's request for supplemental briefing to the sound discretion of the district court. And our stay obviates the need to allow Eaton pre-disclosure review.

Accordingly, the motion to vacate and remand is **GRANTED IN PART** and **DENIED IN PART** as set forth in this order.

This matter is **REMANDED** to the district court for the limited purposes of conducting an in-camera review of the performance evaluations, consistent with this order, and to amend its order enforcing the IRS summons if and how it deems necessary.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*

Kelly L. Stephens, Clerk