# No. 24-3732

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA,**

*Petitioner-Appellee*,

v.

**EATON CORPORATION,**

*Respondent-Appellant.*

On Appeal from the United States District Court for the
Northern District of Ohio, Case No. 1:23-mc-37
Hon. James S. Gwin, United States District Judge

**MOTION OF THE CHAMBER OF COMMERCE
OF THE UNITED STATES OF AMERICA AND
THE NATIONAL ASSOCIATION OF MANUFACTURERS
FOR LEAVE TO FILE BRIEF AMICI CURIAE
IN SUPPORT OF APPELLANT**

Stephanie A. Maloney
Jordan L. Von Bokern
U.S. CHAMBER LITIGATION CENTER
1615 H Street, NW
Washington, DC 20062
(202) 463-5337

Erica Klenicki
NAM LEGAL CENTER
733 10th Street NW, Suite 700
Washington, DC 20001
(202) 637-3000

Gregory G. Garre
Eric J. Konopka
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200
eric.konopka@lw.com

Kavya R. Dunn
S.Y. Jessica Hui
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 24-3732     Case Name: United States v. Eaton Corp.

Name of counsel: Eric J. Konopka

Pursuant to 6th Cir. R. 26.1, The Chamber of Commerce of the United States of America
*Name of Party*
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

No

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

No

### CERTIFICATE OF SERVICE

I certify that on June 30, 2025 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Eric J. Konopka

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 24-3732       Case Name: United States v. Eaton Corp.

Name of counsel: Erica Klenicki

Pursuant to 6th Cir. R. 26.1, The National Association of Manufacturers
*Name of Party*
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

No

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

No

### CERTIFICATE OF SERVICE

I certify that on _____ June 30, 2025 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Eric J. Konopka

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

# MOTION OF THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA AND THE NATIONAL ASSOCIATION OF MANUFACTURERS FOR LEAVE TO FILE BRIEF AMICI CURIAE IN SUPPORT OF APPELLANT

Pursuant to Federal Rule of Appellate Procedure 29(a), proposed amici curiae the Chamber of Commerce of the United States of America (the "Chamber") and the National Association of Manufacturers ("NAM") respectfully move for leave to file the attached amicus brief in support of Respondent-Appellant Eaton Corp. ("Eaton").

In support of this motion, amici state the following:

1. The Chamber is the world's largest business federation. It represents approximately 300,000 direct members and indirectly represents more than three million companies and professional organizations across the country.

2. The NAM is the largest manufacturing association in the United States, representing manufacturers of all sizes across the country and in every industrial sector.

3. Both the Chamber and the NAM regularly file amicus briefs in cases, like this one, that address matters of importance to the business community.

4. In this case, the district court enforced a summons from the Internal Revenue Service ("IRS") and ordered Eaton to produce confidential employee evaluations even though doing so would require Eaton to violate the European Union's General Data Protection Regulation ("GDPR").

1

5. Members of the Chamber and the NAM regularly face IRS audits and receive broad document requests, including for documents that may be protected by foreign law. The district court's decision could impact amici's members and the broader business community.

6. Because of their experience representing businesses and their interests, the Chamber and the NAM have a unique perspective on the issues in this case.

7. To decide when someone may be compelled to produce documents in violation of foreign law, courts commonly apply a multi-factor international comity test. Amici's proposed brief explains the principles underpinning comity, highlights the importance of proceeding with extreme caution when issuing orders that require production of documents in violation of foreign law, and explains how the district court applied a relaxed comity standard that creates unnecessary conflicts with foreign law. Amici's proposed brief will assist the Court in determining how to apply the comity test and, thus, how to resolve this appeal.

8. Undersigned counsel asked counsel for all parties to consent to the filing of the proposed amicus brief. Counsel for Eaton indicated that Eaton consents to the filing. Counsel for Petitioner-Appellee United States of America indicated that the government takes no position on whether amici should be permitted to participate.

For the foregoing reasons, the Chamber and the NAM respectfully request that the Court grant leave to file the attached amicus brief in support of Eaton.

Dated: June 30, 2025

Respectfully submitted,

  /s/ *Eric J. Konopka*

| | |
|---|---|
| Stephanie A. Maloney | Gregory G. Garre |
| Jordan L. Von Bokern | Eric J. Konopka |
| U.S. CHAMBER LITIGATION CENTER | LATHAM & WATKINS LLP |
| 1615 H Street, NW | 555 Eleventh Street, NW |
| Washington, DC 20062 | Suite 1000 |
| (202) 463-5337 | Washington, DC 20004 |
| | (202) 637-2200 |
| Erica Klenicki | eric.konopka@lw.com |
| NAM LEGAL CENTER | |
| 733 10th Street NW, Suite 700 | Kavya R. Dunn |
| Washington, DC 20001 | S.Y. Jessica Hui |
| (202) 637-3000 | LATHAM & WATKINS LLP |
| | 1271 Avenue of the Americas |
| | New York, NY 10020 |

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(a) because it contains 439 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f) and Sixth Circuit Rule 32(b)(1).

This motion complies with the typeface requirements of Federal Rule Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 with 14-point Times New Roman font.

Dated:  June 30, 2025  　　　　　　　　　　　　 /s/ *Eric J. Konopka*　　
　　　　　　　　　　　　　　　　　　　　　　　Eric J. Konopka

# CERTIFICATE OF SERVICE

    I, Eric J. Konopka, hereby certify that on June 30, 2025, the foregoing motion was filed with the Clerk of the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system, which will send notice to all registered CM/ECF users. Participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Dated: June 30, 2025                            /s/ *Eric J. Konopka*
                                                              Eric J. Konopka