# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 03, 2025

Mr. Douglas Campbell Rennie
U.S. Department of Justice
Tax Division, Appellate Section
P.O. Box 502
Washington, DC 20044

      Re: Case No. 24-3732, *USA v. Eaton Corporation*
           Originating Case No. 1:23-mc-00037

Dear Counsel,

   The appellee's motion for a 7-day extension of time to file their brief is GRANTED. The expedited briefing schedule for this case has been reset and the briefs listed below must be filed electronically with the Clerk's office no later than these dates.

| | |
|---|---|
| Appellee Brief | Filed electronically by **July 14, 2025** |
| Appellant Reply Brief<br>(Optional) | Filed electronically by **July 24, 2025** |

   The Federal Rules of Appellate Procedure and Sixth Circuit Rules are available at www.ca6.uscourts.gov. If you still have questions after reviewing the information on the web site, please contact the Clerk's office <u>before</u> you file your brief.

                                          Sincerely yours,

                                          s/Robin L Baker, Case Manager for
                                          Patricia J. Elder, Senior Case Administrator
                                          Direct Dial No. 513-564-7014

cc: Mr. Garrett L. Brodeur
    Ms. Caroline DeLisle Ciraolo
    Mr. Michael J Haungs
    Ms. Juliana D. Hunter
    Mr. Eric James Konopka
    Mr. Raj Madan
    Mr. Parker Andrew Rider-Longmaid
    Ms. Sylvia Tsakos